Arthur J. Slingerland, Appellee, v. Nona Slingerland, Executrix of Estate of H. H. Slingerland, Deceased, Appellant.

Gen. No. 44,045.

opinion filed May 19, 1947; released for publication June 3, 1947. Harry A. Biossat and Perry B. Brelin, for appellant; Bryant, Colwell, Hwass & Wells and Daniel A. Roberts, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.